NUMBER 13-01-159-CV




COURT OF APPEALS




THIRTEENTH DISTRICT OF TEXAS




CORPUS CHRISTI


___________________________________________________________________



ALBERT PLUTARCO GARCIA, ET AL. , Appellants,



v.




PI CORPORATION, ET AL. , Appellees.

___________________________________________________________________



On appeal from the 105th District Court


of Kleberg County, Texas.


___________________________________________________________________



O P I N I O N




Before Chief Justice Valdez and Justices Dorsey and Hinojosa 


Opinion Per Curiam




 Appellants, ALBERT PLUTARCO GARCIA, ET AL. , attempted to perfect an appeal from an order entered by the 105th
District Court of Kleberg County, Texas, in cause no. 00-669-D . The clerk's record was received on April 4, 2001 . 

 Upon review of the clerk's record, it appeared that the order from this appeal was taken was not a final appealable order. 
Pursuant to Tex. R. App. P. 42.3, notice of this defect was given so that steps could be taken to correct the defect, if it could
be done. Appellants were advised that, if the defect was not corrected within ten days from the date of receipt of this
notice, the appeal would be dismissed for want of jurisdiction. Appellants' response to this Court's notice was received and
filed on May 9, 2001. 

 The Court, having considered the documents on file and appellants' response to this Court's notice, is of the opinion that
the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 7th day of June, 2001 .